1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| Daniel Maynor, Jr., on his own behalf and on behalf of those similarly situated, <br><br> and <br><br> Tracy Fox, on her own behalf and on behalf of those similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> Sea Mar Community Health Center, a Washington Public Benefit Corporation, <br><br> Defendant. | CASE NO.:  2:22-CV-00187-RSL-TLF <br><br> **ORDER GRANTING STIPULATED MOTION TO REMAND** |

ORDER GRANTING MOTION TO REMAND
Case No. 2:22-cv-00187-RSL-TLF

ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA  90048
(877) 500-8780

1 | The Court, having reviewed the Stipulated Motion to Remand Action, hereby orders
2 | that the above-captioned Action be remanded to King County Superior Court.
3 |
4 |
5 | Dated this 2nd day of June, 2022.
6 |
7 | *Robert S. Lasnik*
  | Robert S. Lasnik
  | United States District Judge

ORDER GRANTING MOTION TO REMAND
Case No. 2:22-cv-00187-RSL-TLF

ZIMMERMAN REED LLP
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA  90048
(877) 500-8780